In the Matter of MARTHA S. and Another, Children Alleged to be Neglected. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LINDA M.S., Appellant.

Submitted June 15, 2015; decided September 1, 2015

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as dismissed the appeal from so much of the Family Court order as was entered on appellant's consent, dismissed upon the ground that, as to that portion of the Appellate Division order, appellant is not a party aggrieved (*see* CPLR 5511); motion for leave to appeal otherwise denied.

In the Matter of J. EZRA MERKIN, Respondent, v RICHARD BORN et al., Appellants.

Submitted June 15, 2015; decided September 1, 2015

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as affirmed the Supreme Court order denying the motion to renew, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.